# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MOAMMAR BADAWI DOKHAN, et al.,

Petitioners,

v.

GEORGE W. BUSH, et al.,

Respondents.

Civil Action No. 08-0987 (JDB)

## AMENDED SCHEDULING ORDER

Upon consideration of petitioners' consent motion for an extension of time, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**. It is further **ORDERED** as follows:

1. Petitioners' motion for additional discovery under § I.E.2 of the Case Management Order shall be filed by not later than June 15, 2009. Respondents' opposition shall be filed by not later than June 26, 2009 and discovery shall be produced by not later than July 27, 2009.

2. Petitioners' traverse under § I.G shall be due by not later than August 17, 2009.

3. The parties shall meet and confer pursuant to § I.H by not later than August 26, 2009. The status conference now scheduled for July 15, 2009 is hereby cancelled and is rescheduled for August 31, 2009 at 10:00 a.m. in Courtroom 8.

4. Respondents' motion for judgment on the record under § III.A shall be due by not later than September 30, 2009. Petitioners' cross-motion and opposition brief shall be due by not later than October 28, 2009. Respondents' reply and opposition brief shall be due by not later than November 9, 2009, and petitioners'

reply shall be due by not later than November 17, 2009.

**SO ORDERED.**

                               /s/ John D. Bates

                                     JOHN D. BATES
                            United States District Judge

Date:   April 30, 2009